## ELYRIA SAV. & TRUST CO., Trustee v GIBSON et

Ohio Appeals, 9th Dist, Lorain Co

No 875. Decided Feb. 24, 1938

R. H. Rice, Elyria, for appellant.

Fauver & Fauver, Elyria, for appellee Board of Trustees of Oberlin College.

### OPINION

PER CURIAM:

Among other reasons for reaching the same conclusion as was reached by the trial court in this case, is the fact that we are of the opinion that one who takes a second mortgage upon real estate with actual knowledge of a first mortgage thereon, duly recorded, is not a subsequent bona fide mortgagee within the terms of §8546-2, GC.

A decree may be drawn as in the Common Pleas Court.

STEVENS, PJ, WASHBURN, J, and and DOYLE, J, concur.

### BICKEL v WHITACRE et

Ohio Appeals, 1st Dist, Hamilton Co

No 5558. Decided Jan. 30, 1939

Bert H. Long, Cincinnati, and Milton M. Bloom, Cincinnati, for appellant.

Leonard H. Freiberg, Cincinnati, for appellees.

### OPINION

PER CURIAM:

An examination of the petition indicates that the plaintiff sought to state a cause of action against the defendant Whitacre as a Justice of the Peace. The evidence, however, clearly develops that the employment of Whitacre was as an attorney. The cause of action against him as such would expire in one year from the acts constituting malpractice. Such time had expired before instituting the suit.

The judgment of the trial court is correct, and the same is affirmed.

ROSS, PJ, HAMILTON & MATTHEWS, JJ, concur.